No. 871. GRAND LODGE OF FREE AND ACCEPTED MASONS OF THE STATE OF MISSISSIPPI ET AL., PETITIONERS, v. VICKSBURG LODGE, No. 26, OF FREE AND ACCEPTED MASONS ET AL. March 25, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. Robert B. Mayes* for petitioners. *Mr. J. C. Bryson* for respondents.

No. 900. CINCINNATI NORTHERN RAILROAD COMPANY, PETITIONER, v. LEO GUY. March 25, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Harry N. Quigley* for petitioner. *Miss Corinne L. Rice* and *Mr. Alonzo H. Ranes* for respondent.

No. 902. CITY OF CLEVELAND, PETITIONER, v. VIOLA M. NICHOLS. March 25, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Alfred Clun* for petitioner. *Mr. E. G. Guthery* for respondent.

No. 917. COOPER HEWITT ELECTRIC COMPANY, PETITIONER, v. GENERAL ELECTRIC COMPANY. March 25, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas B. Kerr* and *Mr. Parker W. Page* for petitioner. *Mr. John C. Pennie* for respondent.

No. 901. W. C. STERRETT, AS RECEIVER, ETC., PETITIONER, v. SECOND NATIONAL BANK OF CINCINNATI.